## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CENTRAL PENN CAPITAL
MANAGEMENT, LLC,

          Respondent

       v.

CARL ALPHONSO THOMAS,

          Petitioner

: No. 471 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.